IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBERT COWART,**

    *Plaintiff,*

v.                                                 CAUSE NO. 3:22-CV-129-CWR-FKB

**HITACHI ENERGY USA, INC.**

    *Defendant.*

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Cowart, and Defendant, Hitachi Energy USA, Inc., advise the Court that they have resolved their disputes amicably and wish to dismiss this suit with prejudice. The Parties move the Court by *Ore Tenus* motion for an Order dismissing this case with prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is hereby dismissed with prejudice, each party to bear her or its own costs. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

**SO ORDERED**, this the 3rd day of February, 2023.

                                                      s/ Carlton W. Reeves
                                                      *United States District Judge*